IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3231

ROBERT F. MATHERS,
INDIVIDUALLY,

       Appellant,

v.

BRIDGESTONE AMERICAS
TIRE OPERATIONS, LLC, A
FOREIGN COMPANY WHICH
IS THE SUCCESSOR TO
BRIDGESTONE/FIRESTONE
NORTH AMERICA TIRE, LLC,

       Appellee.

_____/

Opinion filed November 6, 2017.

An appeal from the Circuit Court for Wakulla County.
Dawn Caloca-Johnson, Judge.

Sean C. Domnick of Dominick, Cunningham & Whalen, Pam Beach Gardens, and
William F. Sharpe of the Office of Candice K. Brower, Tallahassee, for Appellant.

Alexander R. Boler, Xerox Recovery Services, Tallahassee; Tracy George, Chief
Appellate Counsel for Agency for Health Care Administration, Tallahassee; and
Lee Teichner of Holland & Knight, LLP, Miami, for Appellee.


PER CURIAM.

AFFIRMED. <u>See</u> <u>Suarez v. Port Charlotte HMA, LLC</u>, 171 So. 3d 740 (Fla. 2d DCA 2015), reh'g denied (Aug. 5, 2015), <u>review dismissed</u>, 182 So. 3d 635 (Fla. 2015), and <u>review denied</u>, SC15-1848, 2016 WL 800689 (Fla. Mar. 1, 2016).

WOLF, MAKAR, and M.K. THOMAS, JJ., CONCUR.